IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

RACHID NAIM,

    *Plaintiff*,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION, LLC, EQUIFAX
INFORMATION SERVICES, LLC AND BANK
OF AMERICA, N.A.,

    *Defendants*.

CIVIL NO. 1:11-cv-01145-GBL-TCB

## RULE 26(F) JOINT PROPOSED DISCOVERY PLAN

1.    Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on December 14, 2011, via electronic mail and telephone between:

    Leonard Bennett and Susan M. Rotkis for Plaintiff
    Michael R. Ward for Trans Union LLC
    David. N. Anthony for Experian Information Solutions, Inc.
    Stephen P. Gangemi for Bank of America, N.A.

2.    **Pre-discovery Disclosures.** The Parties do not believe that any changes are necessary to the timing, form, or requirement for disclosures under Rule 26(a) and will exchange by December 27, 2011 the information required by Fed.R.Civ.P. 26(a)(1) and :Local Rule 26.

3.    **Trial before a Magistrate Judge.** The Defendants have not agreed to conduct the trial before a magistrate judge.

4.    **Settlement.** Defendant Equifax Information Services, LLC has reached a settlement with Plaintiff. The other Parties have engaged in preliminary settlement discussions with Plaintiff.

Counsel for Equifax did not participate in the meeting, and did not need to participate, because Equifax has already settled with Plaintiff.

5. **Agreements related to Rule 26(f)(3)(C), and 26(f)(3)(D).** Pursuant to Rule 26(f)(3)(C), the Parties discussed the disclosure of electronically stored information and anticipate entering into an agreement to identify and retain all such relevant information for the duration of the case and produce the information in the most cost effective manner given the type and volume of information. The Parties' agreement will also address the preservation of non-electronic discoverable information. Pursuant to Rule 26(f)(3)(D), the Parties discussed issues relating to claims of privilege or work product protection and have agreed to produce a privilege log identifying generally the document and the privilege asserted for all documents protected by the privilege.

6. **Protective Order.** The Parties foresee the need for a protective order governing the dissemination and disclosure of certain documents produced in the case. The Parties agree to work together to submit an agreed upon protective order for entry by the Court.

7. **Delivery of Motions and Pleadings.** The Parties agree that a notice of electronic filing received prior to 5:00 p.m. through the court's PACER system shall be sufficient for both service and delivery of the motion on the date filed.

8. **Discovery Plan.** In accordance with the Court's order of November 28, 2011, the Parties jointly propose to the Court the following discovery plan:

All discovery commenced in time to be completed by April 13, 2012.

Maximum of 30 interrogatories by each party to any other party.

Maximum of 5 non-party, non-expert depositions by Plaintiff and 5 non-party, non-expert depositions by each Defendant. Depositions on written questions shall not count against the five non-party, non-expert depositions.

Each deposition limited to maximum of 7 hours unless extended by agreement of Parties.

Reports from retained experts under Rule 26(a)(2) should be due:

From Plaintiff by February 13, 2012.

From Defendants by March 14, 2012.

The Parties agree to discuss the modification of the disclosure of expert testimony as the circumstance require.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

From Plaintiff on April 5, 2012.

From Defendants on April 12, 2012.

Parties should have <u>10</u> days after the final pre-trial conference to note objections under Rule 26(a)(3).

The final pre-trial conference is set for April 19, 2012, at which time a trial will be set. The Parties expect the trial to take approximately <u>two days</u>.

DATED:  December 14, 2011

Respectfully submitted,

/s/_____
Leonard A. Bennett
Virginia Bar Number 37523
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile:  (757) 930-3662
lenbennett@cox.net

      *And*
Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr., Suite 200
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile:  (703) 591-2149
kkelly@siplfirm.com
***Attorneys for Plaintiff***

3

/s/_____
Michael R. Ward
Virginia Bar Number 41133
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218-0030
Telephone: (804) 344-8300
Facsimile: (804) 344-8539
mward@morrismorris.com
*Attorney for Defendant*
*Trans Union LLC*


/s/_____
David Neal Anthony
Virginia Bar Number 31696
Troutman Sanders LLP
Troutman Sanders Bldg.
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
david.anthony@troutmansanders.com
*Attorney for Defendant*
*Experian Information Solutions, Inc.*


/s/_____
Stephen Patrick Gangemi, III
Virginia Bar Number 76758
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102-4215
Telephone: (703) 712-5000
Facsimile: (703) 712-5292
sgangemi@mcguirewoods.com
*Attorney for Defendant*
*Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December 2011, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

| | |
|---|---|
| Leonard Anthony Bennett<br>lenbennett@cox.net<br>Consumer Litigation Associates, PC<br>763 J. Clyde Morris Boulevard, Suite 1A<br>Newport News, VA 23601<br> And<br>Kristi Cahoon Kelly<br>kkelly@siplfirm.com<br>Surovell Isaacs Petersen & Levy PLC<br>4010 University Dr., Suite 200<br>Fairfax, VA 22030<br>**Counsel for Plaintiff** | David Neal Anthony<br>david.anthony@troutmansanders.com<br>Troutman Sanders LLP<br>Troutman Sanders Bldg<br>1001 Haxall Point<br>P.O. Box 1122<br>Richmond, VA 23219<br>**Counsel for Experian** |
| Stephen Patrick Gangemi, III<br>sgangemi@mcguirewoods.com<br>McGuireWoods LLP<br>1750 Tysons Blvd., Suite 1800<br>McLean, VA 22102-4215<br>**Counsel for Bank of America, N.A.** | John Willard Montgomery, Jr.<br>jmontgomery@jwm-law.com  Montgomery & Simpson, LLLP<br>2116 Dabney Rd., Suite A-1<br>Richmond, VA 23230<br>**Counsel for Equifax** |

I further certify that I will cause a copy of the foregoing Motion and corresponding NEF by electronic mail on the following non-filing user:  None.

/s/_____
Michael R. Ward
Virginia Bar Number 41133
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218-0030
Telephone: (804) 344-8300
Facsimile:  (804) 344-8539
mward@morrismorris.com
**Attorney for Defendant**
**Trans Union LLC**